**MARION BROOKS v. TELFAIR STOCKTON & COMPANY, INC., a Florida corporation, and L. E. GOETZ.**

15 So. (2nd) 58          June Term, 1943

September 21, 1943          Division A

*James Henry Willock,* for appellant.

*Rinehart & Carroll* for Telfair Stockton & Company, Inc., a Florida corporation, and *L. E. Goetz* in proper person, for appellees.

ADAMS, J.:

This appeal is from an order confirming a sale by a special master, made pursuant to a final decree foreclosing a mortgage.

The appeal does not bring up for consideration the final decree; hence we limit our consideration to whether there was error in the order confirming the master's sale. From the record we find no error in the order appealed from, hence the same is affirmed.

BUFORD, C. J., TERRELL and CHAPMAN, JJ., concur.